AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Orrick, William H. | 2. Court or Organization<br><br>U.S. District Court, Northern District of California | 3. Date of Report<br><br>05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>1/1/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Trustee | Trust #6 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2007 | Coblentz, Patch Duffy & Bass LLP Cash Balance Plan, a pension plan with law firm, no control (Part VII, line 10) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2013 | Coblentz Patch Duffy & Bass LLP salary | $89,844.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Republic checking accounts | A | Interest | K | T | | | | | |
| 2. OnePacificCoast Bank accounts | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. Rental property #1, ▨▨▨▨▨, CA | E | Rent | P1 | W | | | | | |
| 5. 401K #1 | F | Int./Div. | P1 | T | | | | | |
| 6. - Dodge & Cox Stock Fund | | | | | | | | | |
| 7. - Fidelity Diversified International Fund | | | | | | | | | |
| 8. - Spartan 500 Index Fund | | | | | | | | | |
| 9. - Vanguard Total Bond Market | | | | | | | | | |
| 10. Coblentz, Patch, Duffy & Bass LLP Cash Balance Plan | D | Interest | N | T | | | | | |
| 11. | | | | | | | | | |
| 12. Vanguard Int'l Growth Fund | D | Dividend | M | T | | | | | |
| 13. Vanguard Int'l Growth Fund | D | Dividend | L | T | | | | | |
| 14. Vanguard Int'l Growth Fund | C | Dividend | L | T | | | | | |
| 15. Vanguard European Stock Index | A | Dividend | | | Sold | 06/12/13 | K | E | |
| 16. Dodge & Cox Stock Fund | E | Dividend | N | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust #1 | E | Dividend | P1 | T | | | | | |
| 19. -12% interest in rental property #1, ▮▮▮▮ CA. | | | | | | | | | |
| 20. - General Electric Common Stock ("Com") | | | | | | | | | |
| 21. - IBM Com | | | | | | | | | |
| 22. - Eli Lilly & Co Com | | | | | | | | | |
| 23. - | | | | | | | | | |
| 24. - Express Scripts Hldg Co Com | | | | | | | | | |
| 25. - Merck & Co Com | | | | | | | | | |
| 26. - Monsanto Co Com | | | | | | | | | |
| 27. - Pfizer Com | | | | | | | | | |
| 28. - Proctor & Gamble Com | | | | | | | | | |
| 29. - Rayonier Com | | | | | | | | | |
| 30. - JM Smucker Com | | | | | | | | | |
| 31. - First Republic Bank account | | | | | | | | | |
| 32. Trust #2 | F | Dividend | P1 | T | | | | | |
| 33. - Aegon N V NY Registry ADR | | | | | | | | | |
| 34. - Diageo PLC Spon ADR New | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Ericcson L M Tel Co ADR B SEK 10 | | | | | | | | | |
| 36. - Glaxosmithkline PLC Spons ADR | | | | | | | | | |
| 37. - HSBC Hldgs PLC Spon ADR NEW | | | | | | | | | |
| 38. - Nokia Corp Spon ADR | | | | | | | | | |
| 39. -Novartis ADR | | | | | | | | | |
| 40. -Adobe Systems | | | | | | | | | |
| 41. - Roche Hldg Ltd Spon ADR | | | | | | | | | |
| 42. - Sanofi Spon ADR | | | | | | | | | |
| 43. -Vodafone Group PLC New Spon ADR New | | | | | | | | | |
| 44. -3M Co Com | | | | | | | | | |
| 45. - 21st Century Fox (x) | | | | | | | | | |
| 46. -ADT Corporation | | | | | | | | | |
| 47. - American Express Co Com | | | | | | | | | |
| 48. - Amgen Inc Com | | | | | Sold | 03/01/13 | K | D | |
| 49. - AOL Inc Com | | | | | | | | | |
| 50. - Apache Corp (x) | | | | | | | | | |
| 51. - Baker Hughes, Inc. Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Bank of America Com | | | | | | | | | |
| 53.   -Bank of New York Mellon Com | | | | | | | | | |
| 54.   - BB&T Corp Com | | | | | | | | | |
| 55.   - Boston Scientific Corp Com | | | | | | | | | |
| 56.   - Cadence Design System Inc Com | | | | | | | | | |
| 57.   - -BMC Software | | | | | Sold | 06/12/13 | J | B | |
| 58.   - Capital One Fin'l Corp Com | | | | | | | | | |
| 59.   - Compuware | | | | | Sold | 10/16/13 | K | D | |
| 60.   - Charles Schwab Corp (x) | | | | | | | | | |
| 61.   -Chevron Corp Com | | | | | | | | | |
| 62.   -Chubb Corp Com | | | | | | | | | |
| 63.   -Comcast Corp new CLA com | | | | | Sold (part) | 03/01/13 | J | C | |
| 64.   - Computer Sciences Corp Com | | | | | | | | | |
| 65.   - Dow Chemical Com | | | | | | | | | |
| 66.   -EBay Inc Com | | | | | | | | | |
| 67.   - Fedex Corp Com | | | | | | | | | |
| 68.   - General Electric Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Hewlett Packard Co Com | | | | | | | | | |
| 70. - Home Depot Inc Com | | | | | Sold (part) | 03/01/13 | K | D | |
| 71. - IBM Com | | | | | | | | | |
| 72. - Liberty Interactive Corporation Int Com Ser A | | | | | | | | | |
| 73. - Eli Lilly Com | | | | | | | | | |
| 74. - Corning | | | | | | | | | |
| 75. - Mallinckrodt PLC | | | | | Sold | 07/23/13 | J | A | |
| 76. - Medtronic, Inc Com | | | | | | | | | |
| 77. - Merck & Co New Com | | | | | | | | | |
| 78. - Microsoft Com | | | | | | | | | |
| 79. - Molex Inc Cl A | | | | | Sold | 12/09/13 | K | D | |
| 80. | | | | | | | | | |
| 81. -NetApp (x) | | | | | | | | | |
| 82. - News Corp Cl A | | | | | | | | | |
| 83. - Occidental Petroleum Corp Del Com | | | | | Sold | 03/01/13 | J | D | |
| 84. - Pfizer Com | | | | | | | | | |
| 85. - Pitney Bowes Com | | | | | Sold | 04/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Proctor & Gamble Com | | | | | | | | | |
| 87. - Charles Schwab Corp New Com | | | | | | | | | |
| 88. - Sprint Nextel Corp com ser 1 | | | | | Sold (part) | 07/10/13 | J | C | |
| 89. - Suntrust Bks Inc Com | | | | | | | | | |
| 90. - Symantec Corp Com | | | | | | | | | |
| 91. - Target Corp Com | | | | | | | | | |
| 92. - Time Warner Cable Inc Com | | | | | | | | | |
| 93. - Time Warner Inc com | | | | | | | | | |
| 94. - Travelers Companies Inc Com | | | | | | | | | |
| 95. - Union Pacific Com | | | | | | | | | |
| 96. - US Bancorp Del com new | | | | | | | | | |
| 97. - Vulcan Materials Co Com | | | | | | | | | |
| 98. - Walmart Stores Inc Com | | | | | | | | | |
| 99. - | | | | | | | | | |
| 100. -Wells Fargo & Co | | | | | | | | | |
| 101. - Xerox Corp Com | | | | | | | | | |
| 102. - Covidien PLC Shs Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Philips Electrs NY | | | | | | | | | |
| 104. - Schlumberger Ltd | | | | | | | | | |
| 105. - TE Connectivity Ltd Reg com shs | | | | | | | | | |
| 106. - Tyco International Ltd Com | | | | | | | | | |
| 107. - Union Bank account (y) | | | | | | | | | |
| 108. - Schwab CA Muni Money Fund (x) | | | | | | | | | |
| 109. Trust # 3 | F | Dividend | P1 | T | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. - Pasadena Calif Aree cmnty College Dist GO College bonds | | | | | | | | | |
| 114. - Calif. St Dept Wtr Res Cent Vy Proj bonds | | | | | Sold | 06/01/13 | J | A | |
| 115. - Santa Clara Vy Calif Transn Auth Sales T Sales Tax Rev Bd | | | | | | | | | |
| 116. - LA Cty Calif Met Transn Auth S Meas. R senior sales tax bd | | | | | | | | | |
| 117. - Calif St Univ Rev systemwide Rev Bds y) | | | | | | | | | |
| 118. - Santa Clara Ca Uni Sch Dist GO Bds | | | | | | | | | |
| 119. - Calif St GO Refunding bonds (y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - LA Calif Uni Sch Dist GO | | | | | | | | | |
| 121.  - Aegon N V NY Registry sh ADR | | | | | | | | | |
| 122.  - Ericcson LM Tel Co ADR B sek 10 | | | | | | | | | |
| 123.  - Glaxosmithkline PLC Spons ADR | | | | | | | | | |
| 124.  - Novartis AG Spons ADR | | | | | | | | | |
| 125.  - Panasonic Corp ADR | | | | | | | | | |
| 126.  - Sanofi Spons ADR | | | | | | | | | |
| 127.  - Sony Corp ADR | | | | | Sold | 03/07/13 | K | A | |
| 128.  - Vodafone Group PLC New Spons ADR new | | | | | | | | | |
| 129.  - 3M Co Com | | | | | | | | | |
| 130.  -21st Century Fox (x) | | | | | | | | | |
| 131.  - American Express Co Com | | | | | | | | | |
| 132.  - Amgen Inc Com | | | | | Sold | 01/29/13 | K | D | |
| 133.  - AOL Inc Com | | | | | Sold | 01/29/13 | J | A | |
| 134.  - Berkshire Hathaway Inc Del Cl B new Com | | | | | | | | | |
| 135.  - Capital One Fin'l Corp Com | | | | | | | | | |
| 136.  - Chevron Corp Com | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Comcast Corp new cl A com | | | | | | | | | |
| 138. - Computer Sciences Corp com | | | | | | | | | |
| 139. - Domtar Corp Com | | | | | | | | | |
| 140. - Dow Chem Com | | | | | | | | | |
| 141. - EBay Inc Com | | | | | | | | | |
| 142. - Exxon Mobil Corp Com | | | | | | | | | |
| 143. - Fedex Corp Com | | | | | | | | | |
| 144. - General Electric Com | | | | | | | | | |
| 145. - Hewlett Packard Com | | | | | | | | | |
| 146. -Home Depot Com | | | | | | | | | |
| 147. - Honeywell Int'l Com | | | | | | | | | |
| 148. - IBM Com | | | | | | | | | |
| 149. - Kimberly Clark Corp Com | | | | | | | | | |
| 150. - Eli Lilly & Co Com | | | | | | | | | |
| 151. -Mallinckrodt PLC | | | | | Sold | 07/17/13 | J | B | |
| 152. - Merck & Co Com | | | | | | | | | |
| 153. - Motorola Solutions Inc Com new | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - News Corp Cl A com | | | | | | | | | |
| 155. - Pfizer Com | | | | | | | | | |
| 156. - Proctor & Gamble Co Com | | | | | | | | | |
| 157. - Charles Schwab Corp new com | | | | | | | | | |
| 158. - Sprint Nextel Corp com ser 1 | | | | | Sold (part) | 07/10/13 | J | D | |
| 159. - Target Corp Com | | | | | | | | | |
| 160. - Time Warner Cable Inc Com | | | | | | | | | |
| 161. - Time Warner Inc | | | | | | | | | |
| 162. - Travelers Companies Inc Com | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. - Union Pac Corp Com | | | | | | | | | |
| 165. - Verizon (x) | | | | | | | | | |
| 166. - Walmart Stores Com | | | | | | | | | |
| 167. - Wells Fargo & Co new com | | | | | | | | | |
| 168. - Covidien PLC com | | | | | | | | | |
| 169. - TE Connectivity Ltd Reg Shs Com | | | | | | | | | |
| 170. - Union Bank account (y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Schwab CA Muni Money Fund (x) | | | | | | | | | |
| 172. TIAA-CREF: Cref Stock Fund | B | Dividend | K | T | | | | | |
| 173. TIAA Traditional Annuity | A | Interest | J | T | | | | | |
| 174. 529 A College Funds | | | | | | | | | |
| 175. -American Funds AMCAP Fund | A | Int./Div. | J | T | Sold (part) | 08/14/13 | J | A | |
| 176. - " " " | | | | | Sold (part) | 12/13/13 | J | A | |
| 177. -American Funds American High-Income Trust | B | Int./Div. | | | Sold (part) | 01/09/13 | J | B | |
| 178. - " | | | | | Sold (part) | 08/14/13 | J | D | |
| 179. - " | | | | | Sold (part) | 09/17/13 | J | A | |
| 180. - " | | | | | Sold | 12/17/13 | J | C | |
| 181. -American Funds Bond Fund of America | A | Int./Div. | K | T | Sold (part) | 07/24/13 | J | A | |
| 182. - " | | | | | Sold (part) | 12/17/13 | J | A | |
| 183. -American Funds Income Fund of America | A | Int./Div. | | | Sold | 08/14/13 | J | A | |
| 184. -American Funds -Intermediate Bond Fund of America | A | Int./Div. | | | Sold (part) | 01/09/13 | J | A | |
| 185. - " | | | | | Sold | 08/14/13 | J | B | |
| 186. -American Funds New Perspective Fund | A | Int./Div. | | | Sold (part) | 08/14/13 | J | A | |
| 187. - " | | | | | Sold | 12/19/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -American Funds Washington Mutual Investors Fund | A | Int./Div. | J | T | Sold (part) | 07/24/13 | J | A | |
| 189. | | | | | Sold (part) | 08/14/13 | J | A | |
| 190. | | | | | Sold (part) | 12/17/13 | J | A | |
| 191. JP Morgan Chase Bank NA, HSA Custodian | A | Interest | J | T | | | | | |
| 192. Trust #4 : Dodge & Cox Stock Fund | D | Dividend | O | T | Sold (part) | 01/02/13 | J | A | |
| 193. | | | | | Sold (part) | 02/04/13 | J | A | |
| 194. | | | | | Sold (part) | 03/04/13 | J | A | |
| 195. | | | | | Sold (part) | 04/02/13 | J | A | |
| 196. | | | | | Sold (part) | 05/02/13 | J | A | |
| 197. | | | | | Sold (part) | 06/04/13 | J | A | |
| 198. | | | | | Sold (part) | 07/02/13 | J | A | |
| 199. | | | | | Sold (part) | 08/02/13 | J | A | |
| 200. | | | | | Sold (part) | 09/03/13 | J | A | |
| 201. | | | | | Sold (part) | 10/02/13 | J | A | |
| 202. | | | | | Sold (part) | 11/04/13 | J | A | |
| 203. | | | | | Sold (part) | 12/03/13 | J | A | |
| 204. Trust #5: Dodge & Cox Stock Fund | D | Dividend | O | T | Sold (part) | 09/09/13 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orrick, William H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 10/02/13 | J | A | |
| 206. | | | | | Sold (part) | 11/04/13 | J | A | |
| 207. | | | | | Sold (part) | 12/03/13 | J | A | |
| 208.  Trust #6: Dodge & Cox Stock Fund | D | Dividend | O | T | | | | | |
| 209.  Orphagen Pharmaceuticals preferred shares | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, I have listed Rental Property #1 twice, in lines 4 and 19. 12% of the property is held in Trust #1 (line 19), and 21 1/3% is owned by me separately (line 4), and the gross values of those percentage interests are estimated accordingly. Rental Property #1 is rented--my share of the gross rent is reflected on line 4.

I inadvertently failed to include Mallinckrodt PLC in my prior reports (lines 75 and 151). I apparently purchased it on 12-15-2008 and sold it last year on 07/17/2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Orrick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544